IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD, on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 14 C 9692 |
| | ) | Judge Ellis |
| v. | ) ) | Magistrate Judge Finnegan |
| ADDISON HEALTH SYSTEMS, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Bridgeport Pain Control Center, Ltd. voluntarily dismisses its individual claims without prejudice and without costs against defendant Addison Health Systems, Inc. Plaintiff Bridgeport Pain Control Center, Ltd. voluntarily dismisses its class claims against defendant Addison Health Systems, Inc. without prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on December 29, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following parties:

 Addison Health Systems, Inc.
 c/o Gregory J. Winterkamp, Registered Agent
 4823 Broadway
 Addison, Texas 75248


           s/ Heather Kolbus
          Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)